# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIOREL ROTAR,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>COLETTE SKAGGS, Placer County Deputy District Attorney; et al.,<br><br>Defendants - Appellees. | No. 06-16736<br>D.C. No. CV-06-00970-MCE<br><br><br>**ORDER** |

This appeal has been taken in good faith  [ ]

This appeal is not taken in good faith  [✓]

Explanation: _____

_____

_____

_____

_____
Judge
United States District Court

Date: NOV -1 2006